**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 08-6384**

_____

LACY LEE WILLIAMS,

              Plaintiff - Appellant,

        v.

WAKE COUNTY JAIL; SERGEANT CHAPMAN; C/O COTTON; NURSE JORDAN,

              Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.   James C. Dever III, District Judge.  (5:07-ct-03167-D)

_____

Submitted:  September 26, 2008        Decided:  October 8, 2008

_____

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Lacy Lee Williams, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lacy Lee Williams appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). He also appeals the district court's order denying his motion to alter or amend judgment under Fed. R. Civ. P. 59(e). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Williams v. Wake County Jail</u>, No. 5:07-ct-03167-D (E.D.N.C. Mar. 3, 2008 & Apr. 11, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>